**Raymond PAYNE, Appellant**

v.

**Hon. Joseph B. SCARNATI, (Lieutenant Governor and Chairperson, Pennsylvania Board of Pardons) and Each Member of The Pennsylvania Board of Pardons, and Jeffrey A. Beard, (Secretary, Pennsylvania Department of Corrections), Appellees.**

Supreme Court of Pennsylvania.

Oct. 20, 2009.

### ORDER

PER CURIAM.

**AND NOW**, this 20th day of October, 2009, the Order of the Commonwealth Court is **AFFIRMED.**